Oleg G. PODGORETSKY,
Plaintiff-Appellant,

v.

OCWEN LOAN SERVICING, LLC;
Poore Substitute Trustee, Ltd,
Defendants-Appellees.

No. 17-1038

United States Court of Appeals,
Fourth Circuit.

Submitted: May 11, 2017

Decided: May 19, 2017

Oleg G. Podgoretsky, Appellant Pro Se. Syed Mohsin Reza, TROUTMAN SANDERS, LLP, Tysons Corner, Virginia, for Appellee.

Before MOTZ, KEENAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oleg G. Podgoretsky appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Podgoretsky v. Ocwen Loan Servicing, LLC*, No. 1:16-cv-01255-CMH-JFA, 2016 WL 7217182 (E.D. Va. Dec. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*